# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Grafton Superior Court
3785 Dartmouth College Highway
North Haverhill NH  03774

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## SUMMONS
## HEARING SCHEDULED ON COMPLAINT
## FOR RESTRAINING ORDER

Case Name:     **Katherine O'Brien v Lauren Rodier, et al**
Case Number:   **215-2021-CV-00165**

A Complaint for Restraining Order has been filed against you in this Court.  A copy of the Complaint is attached.  You have a right to a hearing, which has been scheduled as follows:

**Hearing Type: Final Hearing**
**Date: July 23, 2021**
**Time: 10:00 AM**
**Time Allotted:  30 Minutes**

**3785 Dartmouth College Highway**
**North Haverhill NH  03774**
**Location:**

- At the start of the hearing, the Court will determine whether this will be an evidentiary hearing or a hearing conducted by offers of proof.
- If conducted as an evidentiary hearing, you will be required to present testimony and/or exhibits in support of your position.
- If conducted by offers of proof, you will be required to tell the Court what you or a witness would say if they testified at the hearing.  All witnesses must be present in the courtroom when the offer of proof is made.

If a party does not appear at the hearing, the Court may consider that party to be in default, which means if **MaryAnn Richards; Lauren Rodier** does not appear, the Court may find for **Katherine O'Brien**, and proceed immediately to a hearing on the relief sought in the Complaint.  If **Katherine O'Brien** does not appear, the Court may dismiss the case.

**The Court ORDERS that:**

| | |
|---|---|
| Immediate Action: | **Katherine O'Brien** shall **immediately** bring this Summons and the attached Complaint to the Sheriff's Office so that it can make immediate service upon **MaryAnn Richards; Lauren Rodier**. |
| **ON OR BEFORE:** | |
| July 16, 2021 | **Katherine O'Brien** shall electronically file the return of service with this Court.  Failure to do so may result in this action being dismissed without further notice. |
| July 16, 2021 | **MaryAnn Richards; Lauren Rodier** shall electronically file an Appearance and Answer or other responsive pleading with this Court.  A copy of the Appearance and Answer or other responsive pleading must be sent electronically to the party/parties listed below. |

Send copies to:
Katherine  O'Brien-Homeless-General  Delivery, Littleton, N.H. 03561
Lauren Rodier-c/o 264 Cottage Street, Littleton, N.H. 03561
MaryAnn  Richards-c/o  264  Cottage  Street, Littleton, N.H. 03561

NHJB-2641-Se (07/01/2018)

**Important Notice to Lauren Rodier:** If you do not comply with these requirements, the Court may consider you to be in default and may make orders against you without your input.

If you will need an interpreter or other accommodations for this hearing, please contact the court immediately.

Please be advised (and/or advise clients, witnesses, and others) that it is a Class B felony to carry a firearm or other deadly weapon as defined in RSA 625.11, V in a courtroom or area used by a court.

BY ORDER OF THE COURT

June 23, 2021

David P. Carlson
Clerk of Court

(466)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Grafton Superior Court
3785 Dartmouth College Highway
North Haverhill NH  03774

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## KATHERINE O'BRIEN
## INSTRUCTIONS FOR SERVICE
## BY THE SHERIFF'S DEPARTMENT

Case Name:     **Katherine O'Brien v Lauren Rodier, et al**
Case Number:   **215-2021-CV-00165**

**Instructions for:** Katherine O'Brien

The attached Summons must be sent to the Sheriff's Department **immediately** for service.  Service must be completed on or before **July 16, 2021**.

**Further action is required by you**
**You must:**
- **Mail or hand deliver the packets to the Sheriff's Department where the Defendant resides for service.**

**Sheriff Departments in New Hampshire:**

Belknap County Sheriff's Department:
Carroll County Sheriff's Department:
Cheshire County Sheriff's Department:
Coos County Sheriff's Department:
Grafton County Sheriff's Department:

Hillsborough County Sheriff's Department:
Merrimack County Sheriff's Department:
Rockingham County Sheriff's Department:
Strafford County Sheriff's Department:
Sullivan County Sheriff's Department:

*If one or more of the parties resides out of state, please click here for the requirements*

Service must be made upon the defendant before **July 16, 2021**.  If the Sheriff is unable to complete service by **July 16, 2021**, you will receive a "Notice of Incomplete Service" from the Sheriff's Department.  You may request that new paperwork be issued by electronically filing a Request for Documents.  There is a fee for this request.

The Sheriff will mail the 'Return of Service' to you.  You must electronically file the 'Return of Service' form with the court by **July 16, 2021**.

**If service is not made as directed, no further action will occur and the case may be dismissed by the court.**

**\*Please note: The hearing date is July 23, 2021.  This is the only notice you will receive\***

NHJB-2641-Se (07/01/2018)

# Important Service Information for Sheriff

<u>Do not file this with the court</u>
Provide this information to the appropriate Sheriff's Office.
See Instructions to Plaintiff for more information.

**PLEASE PRINT CLEARLY**

Date: _____   Case #: _____

**Who are you requesting to be served?**
Please provide whatever information you know

Name: _____

Address for service (no P.O. boxes):

_____   APT #: _____

_____

Home phone #: _____   Cell phone #: _____

Sex: ☐ Male  ☐ Female    Race: _____

Last 4 digits of SS#: xxx-xx- ____ ____ ____ ____    D.O.B. _____

Work name & address:

_____

Special instructions for service (i.e. directions, best time to serve, cautions, etc.):

_____
_____

Vehicle description/license plate:

_____

**Your Information:**
Name (please print): _____

Residential address:                    Mailing address:

_____        _____

_____        _____

Phone number to contact you during business hours:
_____ Alternate #: _____

_____
                                    Signature

♦IN-HAND SERVICE WILL INCUR EXTRA COSTS DUE TO ADDITIONAL TRAVEL♦

**SHERIFF OFFICE USE ONLY: (This will vary by Sheriff's Office)**

| |
|---|
| Fees Paid: $_____ Cash #: _____ Check#: _____ |
| Id#: _____ Waiver: _____ Money Order#: _____ Credit Card: _____ |
| Sheriff File # _____ Authorization #: _____ |

NHJB-2641-Se (07/01/2018)

Instructions for filing the Return of Service:
If you are working with an attorney, they will guide you on the next steps. If you are going to represent yourself in this action, go to the court's website: www.courts.state.nh.us, select the Electronic Services icon and then select the option for a self-represented party.

1. Select "I am filing into an existing case". Enter 215-2021-CV-00165 and click Next.
2. When you find the case, click on the link follow the instructions on the screen. On the "What would you like to file?" screen, select "File Other Document" and choose "Return of Service".
3. Scan the Return of Service packet and follow the instructions in the electronic filing program to upload the Return of Service to complete your filing.
4. If the sheriff was unable to serve the paperwork, you can request new paperwork by filing a Request for Documents. On the "What would you like to file?" screen, select "File Other Document" and choose "Request for Reissued Summons" from the menu and upload the Request for Documents form.

**FAILURE TO FILE THESE DOCUMENTS MAY RESULT IN YOUR CASE BEING DISMISSED.**

June 23, 2021                                                David P. Carlson
Date                                                                Clerk of Court

You can access documents electronically filed through our Case Access Portal by going to https://odypa.nhecourt.us/portal and following the instructions in the User Guide. In that process you will register, validate your email, request access and approval to view your case. After your information is validated by the court, you will be able to view case information and documents filed in your case.

NHJB-2641-Se (07/01/2018)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Grafton Superior Court
3785 Dartmouth College Highway
North Haverhill NH  03774

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE TO DEFENDANT

Case Name:      **Katherine O'Brien v Lauren Rodier, et al**
Case Number:   **215-2021-CV-00165**

You have been served with a Complaint for Restraining Order which serves as notice that this legal action has been filed against you in the **Grafton Superior Court.**  Review the Complaint for Restraining Order to see the basis for the claim.

Each Defendant is required to electronically file an Appearance and Answer with the court by **July 16, 2021**.  You may register and respond on any private or public computer.  For your convenience, there is also a computer available in the courthouse lobby.

If you are working with an attorney, they will guide you on the next steps.  If you are going to represent yourself in this action, go to the court's website: www.courts.state.nh.us, select the Electronic Services icon and then select the option for a self-represented party.
1. Complete the registration/log in process.  Click Register and follow the prompts.
2. After you register, click Start Now.  Select **Grafton Superior Court** as the location.
3. Select "I am filing into an existing case".  Enter **215-2021-CV-00165** and click Next.
4. When you find the case, click on the link and follow the instructions on the screen.  On the "What would you like to file?" screen, select "File Other Document."  Follow the instructions to complete your filing.
5. Review your Appearance and Answer before submitting it to the court.

**IMPORTANT:** After receiving your response and other filings the court will send notifications and court orders electronically to the email address you provide.

**IF YOU FAIL TO APPEAR AT THIS HEARING, THE COURT MAY MAKE ORDERS AFFECTING YOU WITHOUT YOUR INPUT OR ISSUE A WARRANT FOR YOUR ARREST.**

A person who is filing or defending against a Civil Action will want to be familiar with the Rules of the Superior Court.  This information is also available on the court's website: www.courts.state.nh.us.

Once you have registered and responded to the Complaint for Restraining Order, you can access documents electronically filed by going to https://odypa.nhecourt.us/portal and following the instructions in the User Guide.  In that process you will register, validate your email, request access and approval to view your case.  After your information is validated by the court, you will be able to view case information and documents filed in your case.

If you have questions regarding this process, please contact the court at 1-855-212-1234.

NHJB-2641-Se (07/01/2018)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Filed on 6-23-21

Court Name: Grafton Superior Court
Case Name: Katherine O'Brien against Lauren Rodier Mary Ann Richards
Case Number: 215-2021-CV-165
(if known)

## COMPLAINT FOR RESTRAINING ORDER

1. Plaintiff's Name(s) Katherine O'Brien
   Residence Address Homeless General Delivery
   Mailing Address (if different) Littleton, NH
   Telephone Number (Home) 808 651 0897  (Mobile) 808 651 0897

2. Defendant's Name(s) Lauren Rodier MaryAnn Richards
   Work Residence Address 264 Cottage St. Littleton, NH 03561
   Mailing Address (if different) Littleton CBOC Clinic

3. What is your relationship to the defendant? My primary care @ VAMC
   (Examples: neighbor, co-worker, roommate, acquaintance, etc.)

In the space below, describe what happened to you and the reasons why you are requesting that the Court issue a restraining order against the defendant. Use a separate paragraph for each allegation. Be specific - include names, dates and places, etc.

4. First thing that happened (in one sentence):
   Lauren Rodier and a woman maybe Maryann Richards threatened me in the Littleton CBOC describing MST seeking care for the damage done to me by _____ + others during my enlistment in USAF

5. Second thing that happened (in one sentence): Lauren Rodier intensionally entered inaccurate information into my medical record

6. Third thing that happened (in one sentence):
   Lauren Rodier gave me several releases of information that I signed in her presence that she later claimed she did not give me to sign Lauren Rodier rejected

Continue on using separately numbered paragraphs (attach additional sheets if necessary).

NHJB-2960-Se (07/01/2018)   Page 1 of 2

to take notice of the doctor order for my need for spinal surgery

Please consider this request in this form the same as the Ex Parte motion.

Case Name: Katherine O'Brien against Lauren Rodier
Case Number: and Mary Ann Richards whom maybe the sea culprit.

**COMPLAINT FOR RESTRAINING ORDER**

For the reasons stated in this Complaint, I request that the Court issue the following orders:

A. Describe the orders you want the Court to make:

1. ☑ Restrain the defendant from threatening, harassing or intimidating me, or interfering with my liberty. including my medical Records.

2. ☑ Restrain the defendant from having any contact with me, whether in person or through third persons, including but not limited to contact by telephone, letters, fax, texting, social media, e-mail, the sending or delivery of gifts or any other method, unless specifically authorized by the court.

3. ☐ Restrain the defendant from appearing in proximity to my residence, place of employment or school, or appearing at any other place where I may be.

4. ☐ Restrain the defendant from entering in or on the premises (including curtilage) where I reside, except with a peace officer for the purpose of removing defendant's personal possessions.

5. ☐ Restrain the defendant from taking, converting or damaging property in which I have a legal or equitable interest.

6. ☑ Ex Parte Motion. See attached.

7. ☑ Other relief:
I request all entered record made by Lauren Rodier and the other woman maybe Mary Ann Richards and all eforts to VAMC about me be restricted.

B. All other relief the Court deems fair and just.

Name of Filer: Katherine O'Brien
Signature of Filer: KOB
Date: 6-23-21
Telephone: 808 651 0897
Law Firm, if applicable: 
Bar ID # of attorney: 
Address: Homeless
E-mail: josephine2003@protonmail.com
City: 
State: NH
Zip code:

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Filed 6-23-21

Court Name: Grafton Superior Court
Case Name: Katherine O'Brien against Lauren Rodier & Mary An. Richar
Case Number: 215-2021-CV-165
(if known)

## EX PARTE MOTION

Filing Party Name: Katherine O'Brien

A. State the facts under oath involving the circumstances which establish that unless the ex parte relief is granted, Katherine O'Brien (Name) will, or is likely to, suffer immediate or irreparable harm or injury.

While I was seeking medical care at the Littleton CBOC 264 Cottage St, Littleton, NH 03561 A nurse greeted me for my apt. Lauren Rodier she escorted me to the rear of the clinic she stated she didn't deem necessary for me to be in a private room I described, incidents occurin during my USAF enlistment the name

B. What ex parte orders do you want the court to make?

I request the court impliment make my safety a priority permanenatly restrain Lauren Rodier & the other woman Mary Ann Richards or whom ever that other woman is request Lauren Rodier answer to the court whom that other woman was and apply permanent restraining orders against both women. If the court will allow to instruct Lauren Rodier to give the name of the other woman and instruct them to be restrained. I request this restraining order and case be sealed. I request Lauren Rodier and Maryann Richards be ordered to refrain from desimate these papers or their content. I request the State of NH protect my ability to live without fear of the persons

- whom are responsible for inflicting MST.

had repeatedly assaulted me when I said That ~~[scribbled]~~ ~~Shields~~'s name a woman came from around the corner in the distance yelling, "She can't talk about the Rawls like that I know them they're good people!" Her fists tight rushing towards me ~~#~~ Lauren Rodier jumped up physically blocked the woman, maybe MaryAnn Richards, the woman said again, "But she can't talk about ~~the~~ Rawls like that I know them they're good people!" Lauren ~~Rodicier~~ Rodier holding the woman back said, "I know I'll take care of her!" The woman turned walked away Lauren Rodier returned to me said to me, "That's not what happened to you while you were in the military I'll tell you what happened to you your mother gave you Herpes when you passed through ~~the~~ your mothers birth canal." I responded NO!" Lauren Rodier entered multiple false statements into my Medical Record.

Case Name: Katherine O'Brien vs Lauren Roglier Maryann Richard

Case Number: _____

**EX PARTE MOTION**

---

**Filing Party's Verification:** I verify the truth and accuracy of all facts alleged within this document to the best of my belief and further verify that all facts contained in this document are alleged in good faith. By affixing my signature to this document I acknowledge my understanding that any false statements made in this motion are punishable as perjury which may include a fine or imprisonment or both.

---

**For non e-filed cases:**

I state that on this date I am ☐ mailing by U.S. mail, or ☐ Email (only when there is a prior agreement of the parties to use this method), or ☐ hand delivering a copy of this document to:

| Other party | Other party's attorney |

**OR**

**For e-filed cases:**

☐ I state that on this date I am sending a copy of this document as required by the rules of the court. I am electronically sending this document through the court's electronic filing system to all attorneys and to all other parties who have entered electronic service contacts (email addresses) in this case. I am mailing or hand-delivering copies to all other interested parties.

---

Name of Filer: Katherine O'Brien

Signature of Filer: K OB

Date: 6-23-21

Law Firm, if applicable: _____

Bar ID # of attorney: _____

Telephone: 808 651 0897

Address: Homeless

E-mail: josephine2003@protonmail.com

City: _____ State: NH Zip code: _____

**FOR COURT USE ONLY**

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Grafton Superior Court
3785 Dartmouth College Highway
North Haverhill NH 03774

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## ORDER ON COMPLAINT FOR EX PARTE RESTRAINING ORDER

Case Name:    **Katherine O'Brien v Lauren Rodier, et al**
Case Number:  **215-2021-CV-00165**

Date Action Filed: June 23, 2021

After reviewing Plaintiff's complaint for an Ex Parte restraining order, the Court issues the following order which shall remain in effect pending further order of the Court.

[x] No Ex Parte relief is ordered at this time. The Clerk shall schedule a hearing with notice on Plaintiff's Request for Restraining Order.

[ ] No Ex Parte relief is ordered. CASE DISMISSED without further hearing.

[ ] The following orders are made on an Ex Parte basis:

  [ ] Defendant(s) shall not harass, threaten, intimidate or interfere with the liberty of the Plaintiff(s) or other household members.

  [ ] Defendant(s) shall not contact or attempt to contact the Plaintiff(s) whether in person or through third persons, including but not limited to contact by telephone, letters, fax, texting, social media, e-mail, the sending or delivery of gifts or any other method, unless specifically authorized by the court.

  [ ] Defendant(s) shall not appear within 100 feet of Plaintiff(s) residence, place of employment or school, or appear at any other place where the Plaintiff(s) may be.

  [ ] Defendant(s) shall not enter in or on the premises (including curtilage) where the Plaintiff(s) resides, except with a peace officer for the purpose of removing defendant's personal possessions

  [ ] Defendant(s) shall not take, convert or damage property in which the Plaintiff(s) have a legal or equitable interest

  [ ] Other

[ ] The Clerk shall schedule a hearing with notice on Plaintiff(s)' request for an injunction within the next ten (10) days.

So Ordered

_____
Date

_____
Honorable Lawrence A. MacLeod, Jr.
Presiding Justice    June 23, 2021

(466)
NHJB-4033-Se (07/01/2018)

**Clerk's Notice of Decision
Document Sent to Parties**
on  06/23/2021